260

## William Holden, Appellant, v. Dr. Samuel Stein, Appellee.

### Gen. No. 41,716.

Heard in first division, first district, this court at June term, 1941; opinion filed December 22, 1941. Joseph Barbera and Robert M. Moore, for appellant; Rawlins & Wright, for appellee. Opinion by PRESIDING JUSTICE McSURELY. ''Not to be published in full.''

## Josephine Rashinski, Appellee, v. Travelers Casualty Insurance Company, Appellant.

### Gen. No. 41,726.

Heard in first division, first district, this court at June term, 1941; opinion filed December 22, 1941. Meyer A. Ginsburg, for appellant; Earl J. Walker, for appellee. Opinion by PRESIDING JUSTICE McSURELY. ''Not to be published in full.''